COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     C Lugrand Dawkins Enterprises, LLC v. Wanderstay Hotels
                         LLC DBA Wanderlust Houston

Appellate case number:   01-18-00909-CV

Trial court case number: 2018-39075

Trial court:             189th District Court of Harris County

Appellee, Wanderstay Hotels LLC DBA Wanderlust Houston, has filed a motion to dismiss the appeal, "affirm the trial court's judgment and/or for [d]amages for [f]rivolous appeal," asserting that a reporter's record has not been timely filed in the appeal. A reporter's record was filed in this Court on November 27, 2018. *See* TEX. R. APP. P. 35.1(b), 35.3(c). The motion is **denied**.

It is so ORDERED.

Judge's signature:  __/s/ Terry Jennings___
                    ☒ Acting individually    ☐ Acting for the Court

Date:  _December 13, 2018___